BRYAN SCHRODER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email:  Bryan.Wilson@usdoj.gov
Florida Bar No. 0604501

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANYA KVASNIKOFF,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No.  3:16-cv-00081-SLG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      The parties to the above-captioned lawsuit, through their undersigned attorneys, hereby stipulate and agree to dismiss this lawsuit with prejudice. Fed. R. Civ. P. 41.  Each party shall bear its own fees and costs.

RESPECTFULLY SUBMITTED this January 29, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney
United States of America


Fortier & Mikko, P.C.

s/ Samuel J. Fortier (consent)
1600 A Street, Suite 101
Anchorage, AK 99501
907-277-4222
Fax: 907-277-4221
Email: sfortier@fortiermikko.com


**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019,
a true and correct copy of the foregoing
was served electronically on the following:

Samuel J. Fortier


s/ E. Bryan Wilson
Office of the U.S. Attorney